James A. Bruen (State Bar No. 43880)
Monali S. Sheth (State Bar No. 239511)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
jbruen@fbm.com

Eric G. Lasker (Dist of Columbia Bar No. 430180)
Katharine R. Latimer (Dist. Of Columbia Bar No. 405137)
(Appearing *Pro Hac Vice*)
SPRIGGS & HOLLINGSWORTH
1350 "I." Street, N.W.
Washington, D.C. 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
elasker@spriggs.com

Attorneys for Defendant
MCKESSON CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALDON,<br><br>         Plaintiff,<br><br>   vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION; NOVARTIS CORPORATION; and MCKESSON CORPORATION,<br><br>         Defendants. | Case No. C 07 1988 MJJ<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT MCKESSON CORPORATION TO RESPOND TO THE COMPLAINT**<br><br>Dept:    Courtroom 11, 19th Floor<br>Judge:   Hon. Martin J. Jenkins |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. TO EXTEND TIME FOR MCKESSON
TO RESPOND TO COMPLAINT
Case No. C 07 1988 MJJ

- 1 -

22076\1272596.1

1  WHEREAS on March 28, 2007, Theresa Waldon ("Plaintiff") filed her Complaint for Damages in the Superior Court of the State of California in and for the County of San Francisco;

WHEREAS on April 9, 2007, Defendants Novartis Pharmaceuticals Corporation and Novartis Corporation filed a Notice of Removal and related documents in this Court;

WHEREAS on May 4, 2007, Plaintiff filed a Motion to Remand the case to state court;

WHEREAS Defendants McKesson Corporation ("McKesson") has been served with the Complaint and has requested an extension of time to respond to the Complaint;

WHEREAS this extension comports with Local Rule 6-1(a) because extending time for the Defendants to respond to the Complaint does not alter the date of any deadline already fixed by Court order;

WHEREAS counsel for Plaintiff has agreed to an extension;

NOW THEREFORE, the parties stipulate as follows:

McKesson shall serve and file a response to the complaint within 10 court days following this Court's order on Plaintiff's Motion to Remand the case to state court.

Dated: June 14, 2007           FARELLA BRAUN & MARTEL LLP

                               By:      /s/
                                   Monali S. Sheth

                               Attorneys for Defendant
                               MCKESSON CORPORATION

Dated: June 14, 2007           PHILLIPS & ASSOCIATES

                               By:      /s/
                                   Lowell Finson

                               Attorneys for Plaintiff
                               THERESA WALDON

///

///

///

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. TO EXTEND TIME FOR MCKESSON
TO RESPOND TO COMPLAINT - 2 -
Case No. C 07 1988 MJJ

22076\1272596.1

1  I, Monali S. Sheth, hereby attest that I have obtained consent for, and will maintain on
2  file, all holograph signatures for any signatures indicated by a "conformed" signature ("/S/")
3  within this e-filed document.
4
5  Dated: June 14, 2007                                    FARELLA BRAUN & MARTEL LLP
6
7                                                          By: /S/
8  Dated: 6/18/2007                                             Monali S. Sheth
9                                                          Attorneys for Defendant
                                                            MCKESSON CORPORATION
10  .

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Martin J. Jenkins

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. TO EXTEND TIME FOR MCKESSON
TO RESPOND TO COMPLAINT                - 3 -
Case No. C 07 1988 MJJ                                              22076\1272596.1