James A. Bruen (State Bar No. 43880)
Monali S. Sheth (State Bar No. 239511)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
jbruen@fbm.com

Katharine R. Latimer (Dist. of Columbia Bar No. 405137)
Eric G. Lasker (Dist. of Columbia Bar No. 430180)
(Appearing *Pro Hac Vice*)
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, D.C. 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
elasker@spriggs.com

Attorneys for Defendants
NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and McKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THERESA WALDON, <br><br> Plaintiff, <br><br> vs. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware corporation; NOVARTIS CORPORATION, a New York corporation; and McKESSON CORPORATION, a Delaware corporation, <br><br> Defendants. | Case No. C 07 1988 MJJ <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT McKESSON CORPORATION TO RESPOND TO AMENDED COMPLAINT AND FOR CASE MANAGEMENT SCHEDULE** <br><br> Dept: Courtroom 11, 19th Floor <br> Judge: Hon. Martin J. Jenkins |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stip. and [Proposed] Order Extending Time for McKesson Corp. to Respond to Complaint and for CM Schedule, Case No. C 07 1988 MJJ

22076\1288898.1

1   WHEREAS, on March 28, 2007, plaintiff Theresa Waldon ("Plaintiff") filed her
2   Complaint for Damages in the Superior Court of the State of California in and for the County of
3   San Francisco; and

4   WHEREAS on April 9, 2007, defendants Novartis Pharmaceuticals Corporation and
5   Novartis Corporation filed a Notice of Removal and related documents in this Court; and

6   WHEREAS, on May 4, 2007, Plaintiff filed a Motion to Remand the case to state court;
7   and

8   WHEREAS, defendant McKesson Corporation ("McKesson") was served with the
9   Complaint; and

10  WHEREAS, by stipulation pursuant to Local Rules ("L.R.") 6-1 and 7-12, McKesson was
11  given 10 court days following this Court's order on Plaintiff's Motion to Remand the case to state
12  court; and

13  WHEREAS, on June 18, 2007, this Court issued an order, denying Plaintiff's Motion to
14  Remand; and

15  WHEREAS, on June 28, 2007, in accordance with this Court's April 9, 2007 order, the
16  parties met and conferred regarding the Rule 26(f) requirements and the possibility of alternative
17  dispute resolution (*See* Declaration of Eric Lasker ("Lasker Decl."), ¶ 2); and

18  WHEREAS, during this conference, the parties discussed the possibility of a joint motion
19  to transfer the litigation to the Northern District of Georgia, where Plaintiff resides (*See* Lasker
20  Decl., ¶ 3); and

21  WHEREAS, on July 2, 2007, the parties further discussed the possibility of a joint motion
22  for transfer (*See* Lasker Decl., ¶4); and

23  WHEREAS, the parties agree that an extension of thirty (30) days on all existing
24  obligations, including the date for McKesson's response to the Complaint and the dates set forth
25  in this Court's April 9, 2007 order, will facilitate the resolution of the venue for this litigation
26  (*See* Lasker Decl., ¶ 4); and

27  WHEREAS, in the event the parties agree to file a joint motion for transfer, and assuming
28  said motion is granted, there will be no further proceedings in this Court and the pending schedule

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stip. and [Proposed] Order Extending Time for
McKesson Corp. to Respond to Complaint and
for CM Schedule, Case No. C 07 1988 MJJ

- 2 -

22076\1288898.1

will become moot (*See* Lasker Decl., ¶ 5).

THEREFORE, pursuant to L.R. 6-1, 6-2 and 7-12 and subject to the approval of the Court, the parties hereby stipulate and agree that there is good cause for a thirty (30) day extension of time, for McKesson to respond to the Complaint and a corresponding continuance of Case Management dates, as follows:

| | |
|---|---|
| Last day for McKesson to respond to Complaint: | August 1, 2007 |
| Last day to meet and confer pursuant to Rule 26(f) and submit Joint ADR Certification | August 2, 2007 |
| Last day to complete Initial Disclosures, file Case Management Statement, and file Discovery Report | August 16, 2007 |
| Case Management Conference | August 28, 2007[1] 2 p.m. |

SO STIPULATED:

Dated: July 2, 2007       FARELLA BRAUN & MARTEL LLP


By: /S/
    Monali S. Sheth

Attorneys for Defendants
NOVARTIS PHARMACEUTICALS
CORPORATION, NOVARTIS
CORPORATION, and McKESSON
CORPORATION

Dated: July 2, 2007       PHILLIPS & ASSOCIATES


By: /S/
    Lowell Finson

Attorneys for Plaintiff
THERESA WALDON

---

[1] Technically, thirty days following the originally scheduled date for the case management conference (which is Tuesday, July 24, 2007) is Thursday, August 23, 2007. However, pursuant to paragraph 1 of this Court's standing order, "Case Management/Status Conferences are held on **Tuesday at 2:00p.m.**" (original emphasis). Accordingly, the date listed is August 28, 2007, which is the following Tuesday.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stip. and [Proposed] Order Extending Time for
McKesson Corp. to Respond to Complaint and
for CM Schedule, Case No. C 07 1988 MJJ

- 3 -

22076\1288898.1

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Upon stipulation of the parties and good cause shown, IT IS HEREBY ORDERED that the time for defendant McKesson Corporation ("McKesson") to respond to plaintiff Theresa Waldon's Complaint is extended, and the Case Management dates are continued, as follows:

| | |
|---|---|
| Last day for McKesson to respond to Complaint: | August 1, 2007 |
| Last day to meet and confer pursuant to Rule 26(f) and submit Joint ADR Certification | August 2, 2007 |
| Last day to complete Initial Disclosures, file Case Management Statement, and file Discovery Report | August 16, 2007 |
| Case Management Conference | August 28, 2007 2 p.m. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/9/2007

_____
MARTIN J. JENKINS
United States District Judge

Stip. and [Proposed] Order Extending Time for McKesson Corp. to Respond to Complaint and for CM Schedule, Case No. C 07 1988 MJJ

- 4 -

22076\1288898.1

I, Monali S. Sheth, hereby attest that I have obtained consent for, and will maintain on file, all holograph signatures for any signatures indicated by a "conformed" signature ("/S/") within this e-filed document.

Dated: July 2, 2007                      FARELLA BRAUN & MARTEL LLP

By: /S/
    Monali S. Sheth

Attorneys for Defendants
NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and McKESSON CORPORATION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stip. and [Proposed] Order Extending Time for McKesson Corp. to Respond to Complaint and for CM Schedule, Case No. C 07 1988 MJJ

- 5 -

22076\1288898.1