James A. Bruen (State Bar No. 43880)
Monali S. Sheth (State Bar No. 239511)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
jbruen@fbm.com

Katharine R. Latimer (Dist. of Columbia Bar No. 405137)
Eric G. Lasker (Dist. of Columbia Bar No. 430180)
(Appearing *Pro Hac Vice*)
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, D.C. 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
elasker@spriggs.com

Attorneys for Defendants
NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and McKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THERESA WALDON, <br><br> Plaintiff, <br><br> vs. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware corporation; NOVARTIS CORPORATION, a New York corporation; and McKESSON CORPORATION, a Delaware corporation, <br><br> Defendants. | Case No. C 07 1988 MJJ <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT McKESSON CORPORATION TO RESPOND TO AMENDED COMPLAINT AND FOR CASE MANAGEMENT SCHEDULE** <br><br> Dept: Courtroom 11, 19th Floor <br> Judge: Hon. Martin J. Jenkins |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stip. and [Proposed] Order Extending Time for McKesson Corp. to Respond to Complaint and for CM Schedule, Case No. C 07 1988 MJJ

22076\1309529.1

WHEREAS, on March 28, 2007, plaintiff Theresa Waldon ("Plaintiff") filed her Complaint for Damages in the Superior Court of the State of California in and for the County of San Francisco; and

WHEREAS on April 9, 2007, defendants Novartis Pharmaceuticals Corporation and Novartis Corporation filed a Notice of Removal and related documents in this Court; and

WHEREAS, on May 4, 2007, Plaintiff filed a Motion to Remand the case to state court; and

WHEREAS, defendant McKesson Corporation ("McKesson") was served with the Complaint; and

WHEREAS, by stipulation pursuant to Local Rules ("L.R.") 6-1 and 7-12, McKesson was given 10 court days following this Court's order on Plaintiff's Motion to Remand the case to state court to respond to the Complaint; and

WHEREAS, on June 18, 2007, this Court issued an order, denying Plaintiff's Motion to Remand; and

WHEREAS, on June 28, 2007, in accordance with this Court's April 9, 2007 order, the parties met and conferred regarding the Rule 26(f) requirements and the possibility of alternative dispute resolution; and

WHEREAS, on July 2, 2007, the parties discussed the possibility of a joint motion to transfer the litigation to the Northern District of Georgia, where Plaintiff resides; and

WHEREAS, on July 2, 2007, the parties stipulated and prepared a [proposed] order to extend by 30 days all existing obligations, including the date for McKesson's response to the Complaint and the dates set forth in this Court's order, so as to facilitate the resolution of the venue for this litigation; and

WHEREAS, on July 9, 2007, the Court issued an order granting such an extension; and

WHEREAS, on July 30, 2007, in accordance with this Court's July 9, 2007 order, the parties met and conferred regarding the Rule 26(f) requirements and the possibility of alternative dispute resolution, and further discussed a transfer of the litigation to federal district court in Georgia as well as the status of the litigation and the possibility of a resolution without further

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stip. and [Proposed] Order Extending Time for McKesson Corp. to Respond to Complaint and for CM Schedule, Case No. C 07 1988 MJJ

- 2 -

22076\1309529.1

court involvement (*See* Declaration of Eric G. Lasker ("Lasker Decl."), ¶ ¶ 2 & 3); and

WHEREAS, the parties agree that an extension of thirty (30) days on all existing obligations, including the date for McKesson's response to the Complaint and the dates set forth in this Court's April 9, 2007 order, will facilitate the resolution of the venue for this litigation (*See* Lasker Decl., ¶ 3, Ex. A); and

WHEREAS, in the event the parties agree to file a joint motion for transfer, and assuming said motion is granted, or the parties otherwise resolve the case without further court involvement, there will be no further proceedings in this Court and the pending schedule will become moot. (*See* Lasker Decl., ¶ 4).

THEREFORE, pursuant to L.R. 6-1, 6-2 and 7-12 and subject to the approval of the Court, the parties hereby stipulate and agree that there is good cause for a thirty (30) day extension of time, for McKesson to respond to the Complaint and a corresponding continuance of Case Management dates, as follows:

| | |
|---|---|
| Last day for McKesson to respond to Complaint: | August 31, 2007 |
| Last day to meet and confer pursuant to Rule 26(f) and submit Joint ADR Certification | September 4, 2007[1] |
| Last day to complete Initial Disclosures, file Case Management Statement, and file Discovery Report | September 17, 2007[2] |
| Case Management Conference | October 2, 2007[3] 2 p.m. |

SO STIPULATED:

---

[1] Technically, thirty days following the previously scheduled date for the Rule 26(f) meet and confer and deadline for the Joint ADR certification (which is Thursday, August 2, 2007) is Saturday, September 1, 2007. Also, the Court is closed on Monday, September 3, 2007 for Labor Day. Accordingly, the date listed is September 4, 2007, which is the following Tuesday.

[2] Technically, thirty days following the previously scheduled date for completion of the Initial Disclosures and filing of the Case Management Statement and Discovery Report (which is Thursday, August 16, 2007) is Saturday, September 15. Accordingly, the date listed is September 17, 2007, the following Monday.

[3] Technically, thirty days following the previously scheduled date for the case management conference (which is Tuesday, August 28, 2007) is Thursday, September 27, 2007. However, pursuant to paragraph 1 of this Court's standing order, "Case Management/Status Conferences are held on **Tuesday at 2:00p.m.**" (original emphasis). Accordingly, the date listed is October 2, 2007, which is the following Tuesday.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stip. and [Proposed] Order Extending Time for McKesson Corp. to Respond to Complaint and for CM Schedule, Case No. C 07 1988 MJJ - 3 - 22076\1309529.1

| | |
|---|---|
| Dated: July 31, 2007 | FARELLA BRAUN & MARTEL LLP |
| | By: /S/ |
| | Monali S. Sheth |
| | Attorneys for Defendants NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and McKESSON CORPORATION |
| Dated: July 31, 2007 | PHILLIPS & ASSOCIATES |
| | By: /S/ |
| | Lowell Finson |
| | Attorneys for Plaintiff THERESA WALDON |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stip. and [Proposed] Order Extending Time for McKesson Corp. to Respond to Complaint and for CM Schedule, Case No. C 07 1988 MJJ

- 4 -

22076\1309529.1

Upon stipulation of the parties and good cause shown, IT IS HEREBY ORDERED that the time for defendant McKesson Corporation ("McKesson") to respond to plaintiff Theresa Waldon's Complaint is extended, and the Case Management dates are continued, as follows:

| | |
|---|---|
| Last day for McKesson to respond to Complaint: | August 31, 2007 |
| Last day to meet and confer pursuant to Rule 26(f) and submit Joint ADR Certification | September 4, 2007 |
| Last day to complete Initial Disclosures, file Case Management Statement, and file Discovery Report | September 17, 2007 |
| Case Management Conference | October 2, 2007 2 p.m. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/3/07

_____
MARTIN J. JENKINS
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stip. and [Proposed] Order Extending Time for McKesson Corp. to Respond to Complaint and for CM Schedule, Case No. C 07 1988 MJJ

- 5 -

22076\1309529.1

I, Monali S. Sheth, hereby attest that I have obtained consent for, and will maintain on file, all holograph signatures for any signatures indicated by a "conformed" signature ("/S/") within this e-filed document.

Dated: July 31, 2007
FARELLA BRAUN & MARTEL LLP

By: /S/
Monali S. Sheth

Attorneys for Defendants
NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and McKESSON CORPORATION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stip. and [Proposed] Order Extending Time for McKesson Corp. to Respond to Complaint and for CM Schedule, Case No. C 07 1988 MJJ

- 6 -

22076\1309529.1