James A. Bruen (State Bar No. 43880)
Monali S. Sheth (State Bar No. 239511)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
jbruen@fbm.com

Katharine R. Latimer (Dist. of Columbia Bar No.
405137)
Eric G. Lasker (Dist. of Columbia Bar No. 430180)
(Appearing *Pro Hac Vice*)
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, D.C. 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
elasker@spriggs.com

Attorneys for Defendants
NOVARTIS PHARMACEUTICALS
CORPORATION, NOVARTIS CORPORATION,
and McKESSON CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THERESA WALDON,<br><br>   Plaintiff,<br><br>  vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware corporation; NOVARTIS CORPORATION, a New York corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>   Defendants. | Case No. C 07 1988 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR CASE MANAGEMENT SCHEDULE**<br><br>Dept:   Courtroom 11, 19th Floor<br>Judge:   Hon. Martin J. Jenkins |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME
Case No. C 07 1988 MJJ

22076\1340319.1

WHEREAS, on March 28, 2007, plaintiff Theresa Waldon ("Plaintiff") filed her Complaint for Damages in the Superior Court of the State of California in and for the County of San Francisco; and

WHEREAS on April 9, 2007, defendants Novartis Pharmaceuticals Corporation and Novartis Corporation filed a Notice of Removal and related documents in this Court; and

WHEREAS, on May 4, 2007, Plaintiff filed a Motion to Remand the case to state court; and

WHEREAS, defendant McKesson Corporation ("McKesson") was served with the Complaint; and

WHEREAS, by stipulation pursuant to Local Rules ("L.R.") 6-1 and 7-12, McKesson was given 10 court days following this Court's order on Plaintiff's Motion to Remand the case to state court to respond to the Complaint; and

WHEREAS, on June 18, 2007, this Court issued an order, denying Plaintiff's Motion to Remand; and

WHEREAS, on June 28, 2007, in accordance with this Court's April 9, 2007 order, the parties met and conferred regarding the Rule 26(f) requirements and the possibility of alternative dispute resolution; and

WHEREAS, on July 2, 2007, the parties discussed the possibility of a joint motion to transfer the litigation to the Northern District of Georgia, where Plaintiff resides; and

WHEREAS, on July 2, 2007, the parties stipulated and prepared a [proposed] order to extend by 30 days all existing obligations, including the date for McKesson's response to the Complaint and the dates set forth in this Court's order, so as to facilitate the resolution of the venue for this litigation; and

WHEREAS, on July 9, 2007, the Court issued an order granting such an extension; and

WHEREAS, on July 30, 2007, in accordance with this Court's July 9, 2007 order, the parties met and conferred regarding the Rule 26(f) requirements and the possibility of alternative dispute resolution, and further discussed a transfer of the litigation to federal district court in Georgia as well as the status of the litigation and the possibility of a resolution without further

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME
Case No. C 07 1988 MJJ

- 2 -

22076\1340319.1

court involvement; and

WHEREAS, on July 31, 2007, the parties stipulated and prepared a [proposed] order to extend by 30 days all existing obligations, including the date for McKesson's response to the Complaint and the dates set forth in this Court's order, so as to facilitate the resolution of the venue for this litigation; and

WHEREAS, on August 3, 2007, the Court issued an order granting such an extension; and

WHEREAS, the parties have continued to have discussions on the possibility of a transfer and of a voluntary dismissal of McKesson Corporation, but have yet to reach agreement (*See* Declaration of Eric G. Lasker ("Lasker Decl."), ¶ ¶ 2 & 3); and

WHEREAS, on August 31, 2007, as provided in the Court's August 9, 2007 Order, McKesson Corporation filed a motion to dismiss; and

WHEREAS, on September 4, 2007, as provided in the Court's August 9, 2007 Order, the parties filed their joint ADR certification;

WHEREAS, on September 13, 2007, defendants filed a motion pursuant to 28 U.S.C. § 1404(a) to transfer the case to the Southern District of Georgia; and

WHEREAS, in the event the motion to transfer is granted, there will be no further proceedings in this Court and the pending schedule will become moot. (*See* Lasker Decl., ¶ 4).

THEREFORE, pursuant to L.R. 6-1, 6-2 and 7-12 and subject to the approval of the Court, the parties hereby stipulate and agree that there is good cause for an extension of time of the remaining case management dates on the Court's August 3, 2007 Order until such time as the Court has ruled on the motion to transfer.

SO STIPULATED;

/////

/////

/////

/////

/////

/////

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME
Case No. C 07 1988 MJJ

- 3 -

22076\1340319.1

| | |
|---|---|
| 1 | Dated: September 13, 2007 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Dated: September 13, 2007 |
| 9 | |
| 10 | |

Dated: September 13, 2007                     SPRIGGS & HOLLINGSWORTH

By: /S/
Eric G. Lasker

Attorneys for Defendants
NOVARTIS PHARMACEUTICALS
CORPORATION, NOVARTIS
CORPORATION, and McKESSON
CORPORATION

Dated: September 13, 2007                     PHILLIPS & ASSOCIATES

By: /S/
Lowell Finson

Attorneys for Plaintiff
THERESA WALDON

Upon stipulation of the parties and good cause shown, IT IS HEREBY ORDERED that the schedule for completion of initial disclosures and the filing of a case management statement and discovery report time, as set forth in the Court's August 3, 2007 Order is continued until such time as the Court rules on the pending motion pursuant to 28 U.S.C. § 1404(a) to transfer the litigation to the Southern District of Georgia, at which time, if necessary, a new case management schedule will be ordered.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 20, 2007

MARTIN J. JENKINS
United States

IT IS SO ORDERED
Judge Martin J. Jenkins

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME                          - 4 -                          22076\1340319.1
Case No. C 07 1988 MJJ

1         I, Eric G. Lasker, hereby attest that I have obtained consent for, and will maintain on file,

2 all holograph signatures for any signatures indicated by a "conformed" signature ("/S/") within

3 this e-filed document.

4 Dated:  September 13, 2007            SPRIGGS & HOLLINGSWORTH

5

6                                        By: /S/_____

7                                            Eric G. Lasker

8                                        Attorneys for Defendants
NOVARTIS PHARMACEUTICALS

9                                        CORPORATION, NOVARTIS
CORPORATION, and McKESSON

10                                        CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME         - 5 -                             22076\1340319.1
Case No. C 07 1988 MJJ