James A. Bruen (State Bar No. 43880)
Monali S. Sheth (State Bar No. 239511)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
jbruen@fbm.com

Katharine R. Latimer (Dist. of Columbia Bar No. 405137)
Eric G. Lasker (Dist. of Columbia Bar No. 430180)
(Appearing *Pro Hac Vice*)
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, D.C. 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
elasker@spriggs.com

Attorneys for Defendants
NOVARTIS PHARMACEUTICALS CORPORATION,
NOVARTIS CORPORATION and McKESSON
CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THERESA WALDON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware corporation; NOVARTIS CORPORATION, a New York corporation; McKESSON CORPORATION, a Delaware corporation,<br><br>　　　　Defendants. | Case No. C 07 1988 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING McKESSON CORPORATION FROM THE CASE AND TRANSFERRING THE CASE TO THE SOUTHERN DISTRICT OF GEORGIA**<br><br>Dept:　　Courtroom 11, 19th Floor<br>Judge:　Hon. Martin J. Jenkins |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation And [Proposed] Order Dismissing
McKesson And Transferring Case to S.D. Ga.,
Case No. C 07 1988 MJJ

20887\1224440.1

WHEREAS, on March 28, 2007, plaintiff Theresa Waldon ("Plaintiff") filed her Complaint for Damages in the Superior Court of the State of California in and for the County of San Francisco; and

WHEREAS on April 9, 2007, defendants Novartis Pharmaceuticals Corporation and Novartis Corporation filed a Notice of Removal and related documents in this Court; and

WHEREAS, on May 4, 2007, Plaintiff filed a Motion to Remand the case to state court; and

WHEREAS, defendant McKesson Corporation ("McKesson") was served with the Complaint; and

WHEREAS, by stipulation pursuant to Local Rules ("L.R.") 6-1 and 7-12, McKesson was given 10 court days following this Court's order on Plaintiff's Motion to Remand the case to state court to respond to the Complaint; and

WHEREAS, on June 18, 2007, this Court issued an order, denying Plaintiff's Motion to Remand; and

WHEREAS, on June 28, 2007, in accordance with this Court's April 9, 2007 Order, the parties met and conferred regarding the Rule 26(f) requirements and the possibility of alternative dispute resolution; and

WHEREAS, on July 2, 2007, the parties discussed the possibility of a joint motion to transfer the litigation to federal district court in Georgia, where Plaintiff resides; and

WHEREAS, on July 2, 2007, the parties stipulated and prepared a [proposed] order to extend by 30 days all existing obligations, including the date for McKesson's response to the Complaint and the dates set forth in this Court's April 9, 2007 Order, so as to facilitate the resolution of the venue for this litigation; and

WHEREAS, on July 9, 2007, the Court issued an order granting such an extension; and

WHEREAS, on July 30, 2007, in accordance with this Court's July 9, 2007 Order, the parties met and conferred regarding the Rule 26(f) requirements and the possibility of alternative dispute resolution, and further discussed a transfer of the litigation to federal district court in Georgia as well as the status of the litigation and the possibility of a resolution without further

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation And [Proposed] Order Dismissing McKesson And Transferring Case to S.D. Ga., Case No. C 07 1988 MJJ

- 2 -

22076\1357321.1

court involvement; and

WHEREAS, on July 31, 2007, the parties stipulated and prepared a [proposed] order to extend by 30 days all existing obligations, including the date for McKesson's response to the Complaint and the dates set forth in this Court's July 9, 2007 Order, so as to facilitate the resolution of the venue for this litigation; and

WHEREAS, on August 3, 2007, the Court issued an order granting such an extension; and

WHEREAS, the parties continued to have discussions on the possibility of a transfer and of a voluntary dismissal of McKesson, but had yet to reach agreement; and

WHEREAS, on August 31, 2007, as provided in the Court's August 3, 2007 Order, McKesson filed a motion to dismiss or in the alternative for summary judgment; and

WHEREAS the hearing date for McKesson's motion to dismiss or in the alternative for summary judgment was set for October 16, 2007; and

WHEREAS, on September 4, 2007, as provided in the Court's August 9, 2007 Order, the parties filed their joint ADR certification; and

WHEREAS, on September 13, 2007, defendants Novartis Pharmaceuticals Corporation, Novartis Corporation, and McKesson filed a motion pursuant to 28 U.S.C. § 1404(a) to transfer the case to the Southern District of Georgia; and

WHEREAS, the hearing date of defendants' motion to transfer the case was set for October 23, 2007; and

WHEREAS, on September 13, 2007, the parties stipulated and prepared a [proposed] order to extend the time of remaining case management dates on the Court's August 3, 2007 Order until such time as the Court had ruled on the motion to transfer; and

WHEREAS, on September 20, 2007, the Court issued an order granting such an extension; and

WHEREAS, on October 3, 2007, Plaintiff agreed to dismiss McKesson from this action and to transfer this case to the Southern District of Georgia. THEREFORE, pursuant to L.R. 7-12 and subject to the approval of the Court, the parties hereby stipulate and agree to the dismissal of McKesson from this action with prejudice and to the transfer of this case to the Southern District

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation And [Proposed] Order Dismissing
McKesson And Transferring Case to S.D. Ga.,
Case No. C 07 1988 MJJ

- 3 -

22076\1357321.1

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

of Georgia, where Plaintiff resides and where all of the medical treatment at issue in this litigation occurred. The parties also stipulate and agree to the Court vacating the hearings set for McKesson's motion to dismiss or in the alternative for summary judgment on October 16, 2007, and the defendants' motion to transfer venue on October 23, 2007.

SO STIPULATED:

Dated: October 4, 2007         SPRIGGS & HOLLINGSWORTH

By: /S/
Eric G. Lasker

Attorneys for Defendants
NOVARTIS PHARMACEUTICALS
CORPORATION, NOVARTIS
CORPORATION, and McKESSON
CORPORATION

Dated: October 4, 2007         PHILLIPS & ASSOCIATES

By: /S/
Lowell Finson

Attorneys for Plaintiff
THERESA WALDON

Upon stipulation of the parties and good cause shown, IT IS HEREBY ORDERED that McKesson Corporation is dismissed from this action with prejudice, and the case will be transferred to the Southern District of Georgia, where Plaintiff resides and where all of the medical treatment at issue in this litigation occurred. Accordingly, the hearings set for ~~McKesson Corporation's motion to dismiss or in the alternative for summary judgment on October 16, 2007, and~~ the motion to transfer venue on October 23, 2007, are hereby vacated.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/16/07

MARTIN J. JENKINS
United States District Judge

*[Seal of the United States District Court, Northern District of California, signed by Judge Martin J. Jenkins]*

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation And [Proposed] Order Dismissing
McKesson And Transferring Case to S.D. Ga.,
Case No. C 07 1988 MJJ

- 5 -

22076\1357321.1

I, Monali S. Sheth, hereby attest that I have obtained consent for, and will maintain on file, all holograph signatures for any signatures indicated by a "conformed" signature ("/S/") within this e-filed document.

Dated: October 4, 2007

FARELLA BRAUN & MARTEL

By: /S/
Monali S. Sheth

Attorneys for Defendants
NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and McKESSON CORPORATION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation And [Proposed] Order Dismissing McKesson And Transferring Case to S.D. Ga., Case No. C 07 1988 MJJ

- 6 -

22076\1357321.1